1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing                JS 6
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Maria L. Silva De Moreno

7

8                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
9                          WESTERN DIVISION

10

11 MARIA L. SILVA DE MORENO,         )  Case No.:  2:15-cv-04079-DSF-E
                                     )
12              Plaintiff,           )   ORDER OF  DISMISSAL
                                     )
13        vs.                        )
                                     )
14 CAROLYN W. COLVIN, Acting         )
   Commissioner of Social Security,  )
15                                   )
                                     )
16              Defendant.           )
                                     )
17 _____)

18

19        The above captioned matter is dismissed with prejudice, each party to bear

20 its own fees, costs, and expenses.

         IT IS SO ORDERED.
21

22 DATE:   7/13/15

23                                   _____
                                     THE HONORABLE CHARLES F. EICK
24                                   UNITED STATES MAGISTRATE JUDGE

25

26

                                    -1-

DATE: July 9, 2015                    Respectfully submitted,

1

2                                     LAW OFFICES OF LAWRENCE D. ROHLFING

3                                          /s/ *Brian C. Shapiro*
                                      BY:_____
4                                         Brian C. Shapiro
                                          Attorney for plaintiff Maria L. Silva De Moreno
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER  2:15-CV-04079-DSF-E**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on July 9, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Brian C. Shapiro*

_____

Brian C. Shapiro
Attorneys for Plaintiff
_____

-3-